IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-24153 |
| | ) | CHAPTER 7 |
| MARK JOSEPH RITTER | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

## NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of September, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

            */s/ Peter N. Metrou*
            **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Via First-Class Mail**

A Step Ahead Footcare
415 W. Golf Rd, Ste. 16
Arlington Heights, IL 60005-3923

ACL Laboratories
P.O. Box 27901
Milwaukee, WI 53227-0901

Aelln Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632-2533

Airgas USA, LLC
6055 Rockside Woods Blvd N
Independence, OH 44131-2301

Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632-2533

Allied Anesthesia Associates, PC
P.O. Box 1123
Jackson, MI 49204-1123

Associated Radiologists of Joliet
6801 W. 73rd Street
#637
Bedford Park, IL 60499-5322

Bank of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Bengtson Tree Farm
P.O. Box 460
Peotone, IL 60468-0460

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Bk Of Amer
1800 Tapo Canyon
Simi Valley, CA 93063-6712

Bruggeman, Hurst & Associates, PC
20012 Wolf Road
Mokena, IL 60448-9954

Bruns & Bruns, Ltd
321 W. Maple St, Ste.101
New Lenox, IL 60451-4408

Caine & Werner
1699 East Woodfield Rd
Schaumburg, IL 60173-4947

Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Chase Mtg
Po Box 24696
Columbus, OH 43224-0696

Chase
P.O. Box 15123
Wilmington, DE 19850-5123

Comlpete Drywall & Taping, Inc.
26350 South Scheer Rd
Manhattan, IL 60442-9574

Comprehensive Pathology Services
26570 Network Place
Chicago, IL 60673-1265

Estate of William Ritter
c/o Sandra Ritter
15177 Grandview Drive
Orland Park, IL 60467-7369

Everhome Mortgage Co
301 W Bay St
Jacksonville, FL 32202-5103

First Bank of Manhattan
550 West North Street
Manhattan, IL 60442-8175

First Midwest Bank
2801 W. Jefferson Street
Joliet, IL 60435-5275

Freeborn & Peters, LLP
311 South Wacker Dr, Ste. 3000
Chicago, IL 60606-6679

Gary S. Mueller & Assoc
91 Infantry Drive
Joliet, IL 60435-5134

Harris & Harris, Ltd.
111 W. Jackson Blvd
Ste. 400
Chicago, IL 60604-4135

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

LaMarche Electric Co.
1951 Airway Ct, Unit 1
New Lenox, IL 60451-2750

Mark Joseph Ritter
24520 S. Kankakee St.
Manhattan, IL 60442-9532

Med Busi Bur
1460 Renaissance Dr
Park Ridge, IL 60068-1349

New Lenox Auto Parts
1110 E. Haven, Unit 1
New Lenox, IL 60451-4003

New Lenox Industrial Park Condo
c/o Bruns & Bruns
321 W. Maple St., Ste. 101
New Lenox, IL 60451-4408

Nichols Crane Rental, Inc.
P.O. Box 182
Manhattan, IL 60442-0182

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

Northshore University Health System
100 South Owasso Blvd W
Saint Paul, MN 55117-1036

Northwestern Medicine
25 N. Winfield Rd
Winfield, IL 60190-1222

Old Plank Trail Community Bank
20012 S. Wolf Road
Mokena, IL 60448-9953

Wolf Siding & Supply Inc
9410 Corsair Rd
Frankfort, IL 60423-2535

Patten Industries, Inc.
4539 Solutions Center
Chicago, IL 60677-4005

Vision Financial Servi
1900 W Severs Rd
La Porte, IN 46350-7855

Richard Wade Architects, Inc.
301 N. White Street, Ste. A
Frankfort, IL 60423-4016

Silver Cross Hospital
1900 Silver Cross Blvd
Attn: Patient Accts
New Lenox, IL 60451-9509

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007

Terry Weber
1543 Bay Hill Drive
New Lenox, IL 60451-3418

The Chicago Trust Company
959 S. Waukegan Rd
Lake Forest, IL 60045-2654

William Ritter
7321 W. Mathews Dr
Frankfort, IL 60423-9083

United Collection Bureau, Inc.
5620 Southwyck Blvd
Ste. 206
Toledo, OH 43614-1501

Village of New Lenox
1 Veteran's Parkway
New Lenox, IL 60451-2199

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC
X7801-014
3476 STATEVIEW BLVD

WWCC, inc.
1612 N.E. Expressway
Atlanta, GA 30329-2003

**Via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Wade P Callahan
Arends & Callahan
10129 S Western Avenue
Chicago, IL 60643-1927

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MARK JOSEPH RITTER § Case No. 16-24153
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/06/2017 in Courtroom ,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/01/2017          By: /s/ Peter N. Metrou
                                        Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
MARK JOSEPH RITTER § Case No. 16-24153
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 1,440.22 | $ 0.00 | $ 1,440.22 |
| Trustee Expenses: Peter N. Metrou | $ 136.60 | $ 0.00 | $ 136.60 |
| Other: Re/Max Realty Group | $ 750.00 | $ 0.00 | $ 750.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,326.82 |
| Remaining Balance | $ 4,673.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,548.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SILVER CROSS HOSPITAL | $ 4,548.55 | $ 0.00 | $ 4,548.55 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,548.55 |
| | Remaining Balance | | $ | 124.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 26.87 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 97.76 .

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.