**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARK JOSEPH RITTER | § | Case No. 16-24153 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 253,781.96                Assets Exempt: 12,812.52
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,575.42     Claims Discharged
                                                Without Payment:  3,444,591.90

Total Expenses of Administration:  2,326.82

---

3) Total gross receipts of $ 7,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 97.76 (see **Exhibit 2**), yielded net receipts of $ 6,902.24  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,317,106.15 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,326.82 | 2,326.82 | 2,326.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,127,485.75 | 38,715.46 | 38,715.46 | 4,575.42 |
| **TOTAL DISBURSEMENTS** | $ 3,444,591.90 | $ 41,042.28 | $ 41,042.28 | $ 6,902.24 |

    4)  This case was originally filed under chapter 7 on  07/27/2016 .  The case was pending for 18 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/03/2018                      By:/s/Peter N. Metrou, Trustee
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2228 S.E. 15TH TERRACE CAPE CORAL FL 33990-0000 LEE | 1110-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARK JOSEPH RITTER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 97.76 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 97.76** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 348,494.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everhome Mortgage Co, 301 W Bay St Jacksonville, FL 32202 | | 142,162.00 | NA | NA | 0.00 |
| | First Bank of Manhattan, 550 West North Street Manhattan, IL 60442 | | 187,436.67 | NA | NA | 0.00 |
| | First Bank of Manhattan, 550 West North Street Manhattan, IL 60442 | | 639,013.48 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,317,106.15 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,440.22 | 1,440.22 | 1,440.22 |
| Peter N. Metrou | 2200-000 | NA | 136.60 | 136.60 | 136.60 |
| Re/Max Realty Group | 3510-000 | NA | 750.00 | 750.00 | 750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,326.82 | $ 2,326.82 | $ 2,326.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A Step Ahead Footcare, 415 W. Golf Rd, Ste. 16 Arlington Heights, IL 60005 | | 726.96 | NA | NA | 0.00 |
| | ACL Laboratories, P.O. Box 27901 Milwaukee, WI 53227-0901 | | 920.01 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aelln Maxwell & Silver, 190 Sylvan Avenue Englewood Cliffs, NJ 07632 | | 3,542.88 | NA | NA | 0.00 |
| | Airgas USA, LLC, 6055 Rockside Woods Blvd N Independence, OH 44131-2329 | | 195.00 | NA | NA | 0.00 |
| | Allen Maxwell & Silver, 190 Sylvan Avenue Englewood Cliffs, NJ 07632 | | 3,542.88 | NA | NA | 0.00 |
| | Allied Anesthesia Associates, PC, P.O. Box 1123 Jackson, MI 49204 | | 1,508.00 | NA | NA | 0.00 |
| | Associated Radiologists of Joliet, 6801 W. 73rd Street #637 Bedford Park, IL 60499 | | 11.76 | NA | NA | 0.00 |
| | Bengtson Tree Farm, P.O. Box 460 Peotone, IL 60468 | | 1,358.64 | NA | NA | 0.00 |
| | Bk Of Amer, 1800 Tapo Canyon Rd Simi Valley, CA 93063 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer, 1800 Tapo Canyon Rd Simi Valley, CA 93063 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer, 1800 Tapo Canyon Simi Valley, CA 93063 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer, 1800 Tapo Canyon Simi Valley, CA 93063 | | 0.00 | NA | NA | 0.00 |
| | Bruggeman, Hurst & Associates, PC, 20012 Wolf Road Mokena, IL 60448 | | 19,410.93 | NA | NA | 0.00 |
| | Bruns & Bruns, Ltd, 321 W. Maple St, Ste.101 New Lenox, IL 60451 | | 0.00 | NA | NA | 0.00 |
| | Caine & Werner, 1699 East Woodfield Rd Schaumburg, IL 60173 | | 521.04 | NA | NA | 0.00 |
| | Cbna, Po Box 6283 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Chase Mtg, Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase, P.O. Box 15123 Wilmington, DE 19850 | | 3,436.28 | NA | NA | 0.00 |
| | Chase, P.O. Box 15123 Wilmington, DE 19850-5123 | | 10,250.07 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comlpete Drywall & Taping, Inc., 26350 South Scheer Rd Manhattan, IL 60442 | | 800.00 | NA | NA | 0.00 |
| | Comprehensive Pathology Services, 26570 Network Place Chicago, IL 60673 | | 251.00 | NA | NA | 0.00 |
| | Estate of William Ritter, c/o Sandra Ritter 15177 Grandview Drive Orland Park, IL 60467 | | 4,700.00 | NA | NA | 0.00 |
| | First Midwest Bank, 2801 W. Jefferson Street Joliet, IL 60435 | | 500.00 | NA | NA | 0.00 |
| | Freeborn & Peters, LLP, 311 South Wacker Dr, Ste. 3000 Chicago, IL 60606-6677 | | 1,732.50 | NA | NA | 0.00 |
| | Gary S. Mueller & Assoc, 91 Infantry Drive Joliet, IL 60435 | | 4,113.96 | NA | NA | 0.00 |
| | Harris & Harris, Ltd., 111 W. Jackson Blvd Ste. 400 Chicago, IL 60604 | | 243.17 | NA | NA | 0.00 |
| | Kohls/capone, N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LaMarche Electric Co., 1951 Airway Ct, Unit 1 New Lenox, IL 60451 | | 34,166.91 | NA | NA | 0.00 |
| | Med Busi Bur, 1460 Renaissance Dr Park Ridge, IL 60068 | | 412.00 | NA | NA | 0.00 |
| | New Lenox Auto Parts, 1110 E. Haven, Unit 1 New Lenox, IL 60451 | | 1,204.49 | NA | NA | 0.00 |
| | New Lenox Industrial Park Condo, c/o Bruns & Bruns 321 W. Maple St., Ste. 101 New Lenox, IL 60451 | | 0.00 | NA | NA | 0.00 |
| | Nichols Crane Rental, Inc., P.O. Box 182 Manhattan, IL 60442 | | 1,600.00 | NA | NA | 0.00 |
| | Nicor Gas, P.O. Box 5407 Carol Stream, IL 60197 | | 580.55 | NA | NA | 0.00 |
| | Northshore University Health System, 100 South Owasso Blvd W Saint Paul, MN 55117 | | 243.17 | NA | NA | 0.00 |
| | Northwestern Medicine, 25 N. Winfield Rd Winfield, IL 60190 | | 90.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Plank Trail Community Bank, 20012 S. Wolf Road Mokena, IL 60448 | | 2,009,579.51 | NA | NA | 0.00 |
| | Patten Industries, Inc., 4539 Solutions Center Chicago, IL 60677-4005 | | 532.50 | NA | NA | 0.00 |
| | Richard Wade Architects, Inc., 301 N. White Street, Ste. A Frankfort, IL 60423 | | 570.00 | NA | NA | 0.00 |
| | Silver Cross Hospital, 1900 Silver Cross Blvd New Lenox, IL 60451 | | 4,548.55 | NA | NA | 0.00 |
| | Syncb/jcp, Po Box 965007 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Terry Weber, 1543 Bay Hill Drive New Lenox, IL 60451 | | 0.00 | NA | NA | 0.00 |
| | The Chicago Trust Company, 959 S. Waukegan Rd Lake Forest, IL 60045 | | 825.00 | NA | NA | 0.00 |
| | Village of New Lenox, 1 Veteran's Parkway New Lenox, IL 60451 | | 11,478.21 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vision Financial Servi, 1900 W Severs Rd La Porte, IN 46350 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir Frederick, MD 21701 | | 0.00 | NA | NA | 0.00 |
| | Wolf Siding & Supply Inc, 9410 Corsair Rd Frankfort, IL 60423 | | 1,961.94 | NA | NA | 0.00 |
| | WWCC, inc., 1612 N.E. Expressway Atlanta, GA 30329 | | 1,927.29 | NA | NA | 0.00 |
| 1 | LAMARCHE ELECTRIC CO. | 7100-000 | NA | 34,166.91 | 34,166.91 | 0.00 |
| 2 | SILVER CROSS HOSPITAL | 7100-000 | NA | 4,548.55 | 4,548.55 | 4,548.55 |
| | SILVER CROSS HOSPITAL | 7990-000 | NA | NA | NA | 26.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,127,485.75 | $ 38,715.46 | $ 38,715.46 | $ 4,575.42 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-24153 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MARK JOSEPH RITTER | | | | Date Filed (f) or Converted (c): | 07/27/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/22/2016 |
| For Period Ending: | 01/03/2018 | | | | Claims Bar Date: | 03/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2228 S.E. 15TH TERRACE CAPE CORAL FL 33990-0000 LEE | 74,820.00 | 149,640.00 | | 7,000.00 | FA |
| 2. 50% OWNERSHIP INTEREST IN HOUSEHOLD GOODS AND FURNITURE VALU | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. 50% OWNERSHIP INTEREST IN HOUSEHOLD ELECTRONICS VALUED AT $1 | 500.00 | 0.00 | | 0.00 | FA |
| 4. REMINGTON 770 RIFLE LOCATION: 24520 S. KANKAKEE ST., MANHATT | 200.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING AND OUTDOOR APPAREL LOCATION: 24520 S. KANKAKEE ST. | 300.00 | 0.00 | | 0.00 | FA |
| 6. GOLD WEDDING BAND IN DEBTOR'S POSSESSION | 250.00 | 0.00 | | 0.00 | FA |
| 7. CASH DEBTOR'S POSSESSION | 400.00 | 0.00 | | 0.00 | FA |
| 8. FIRST BANK OF MANHATTAN | 176.19 | 0.00 | | 0.00 | FA |
| 9. PRUDENTIAL ALLIANCE ACCOUNT | 655.77 | 0.00 | | 0.00 | FA |
| 10. TRADITIONAL IRA ADMINISTERED BY JANUS CUSTODIAN: STATE STREE | 6,647.52 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE INSURANCE MASS MUTUAL FINANCIAL GROUP | 0.00 | 0.00 | | 0.00 | FA |
| 12. WHOLE LIFE INSURANCE PROTECTIVE LIFE INSURANCE CO. | 1,865.00 | 0.00 | | 0.00 | FA |
| 13. CLAIM AGAINST DAVID FRAWLEY FOR FAILURE TO PURCHASE 14021 W. | 246,517.00 | 0.00 | | 0.00 | FA |
| 14. 11/28/11 JUDGMENT AGAINST SYED NOORUDDIN IN FAVOR OF RITTER | 6,483.00 | 0.00 | | 0.00 | FA |
| 15. 50% OWNERSHIP INTEREST IN OFFICE EQUIPMENT AND SUPPLIES VALU | 100.00 | 0.00 | | 0.00 | FA |
| 16. Undetermined interest in the William P. Ritter Revocable Tru | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $341,414.48 | $149,640.00 | | $7,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into real estate, preferential/fraudulent transfers and bank accounts.  Employed general estate counsel to investigate assets and various possible transfers 11/16/2016.  Employed Real Estate Broker for Florida property valuation 1/17/2017. Filed Mt to Ext on 2/21/17 see Dkt #40. Filed Mt to Settle 9/8/17 see Dkt#20. TFR filed 3/14/17 see Dkt#31.

RE PROP #        16    --    Received and Reviewed trust doc and spoke to trust attorney.

Initial Projected Date of Final Report (TFR): 12/01/2017          Current Projected Date of Final Report (TFR): 08/23/2017

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-24153 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MARK JOSEPH RITTER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5991 |
| | Checking |
| Taxpayer ID No: XX-XXX3878 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/03/17 | 1 | Catherine Ritter<br>No address on check<br>Debtor's Spouse | Court Approved settlement Settlement on equity per dkt# 46 | 1110-000 | $7,000.00 | | $7,000.00 |
| 10/09/17 | 1001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $1,576.82 | $5,423.18 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($1,440.22) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($136.60) | 2200-000 | | | |
| 10/09/17 | 1002 | Re/Max Realty Group<br>1337 Cape Coral Parkway E<br>Cape Coral, FL 33904 | Final distribution representing a payment of 100.00 % per court order. | 3510-000 | | $750.00 | $4,673.18 |
| 10/09/17 | 1003 | SILVER CROSS HOSPITAL<br>1900 SILVER CROSS BLVD<br>ATTN: PATIENT ACCTS<br>NEW LENOX, IL 60451 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $4,575.42 | $97.76 |
| | | | ($26.87) | 7990-000 | | | |
| | | SILVER CROSS HOSPITAL | Final distribution to claim 2 representing a payment of 100.00 % per court order.  ($4,548.55) | 7100-000 | | | |
| 10/09/17 | 1004 | MARK JOSEPH RITTER<br>24520 S. KANKAKEE ST.<br>MANHATTAN, IL  60442 | Distribution of surplus funds to debtor. | 8200-002 | | $97.76 | $0.00 |
| 12/13/17 | 1002 | Re/Max Realty Group<br>1337 Cape Coral Parkway E<br>Cape Coral, FL 33904 | Final distribution representing a payment of 100.00 % per court order. Reversal | 3510-000 | | ($750.00) | $750.00 |
| 12/15/17 | 1005 | Re/Max Realty Group<br>1337 Cape Coral Parkway E<br>Cape Coral, FL 33904 | Court Approved Payment See TFR dock# 49.  This check replaces check 1002. | 3510-000 | | $750.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,000.00 | $7,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $7,000.00 | $7,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

|  |  |  |
|---|---:|---:|
| Subtotal | $7,000.00 | $7,000.00 |
| Less: Payments to Debtors | $0.00 | $97.76 |
| Net | $7,000.00 | $6,902.24 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5991 - Checking | $7,000.00 | $6,902.24 | $0.00 |
|  | $7,000.00 | $6,902.24 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $7,000.00 |
| **Total Gross Receipts:** | $7,000.00 |

Page Subtotals:   $0.00   $0.00