# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Sarah R Peterson | § | Case No. 16-37803 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 21,160.23                           Assets Exempt: 2,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,869.50            Claims Discharged
                                                      Without Payment: 95,538.92

Total Expenses of Administration: 1,009.50

---

3) Total gross receipts of $ 3,879.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,879.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 9,406.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,009.50 | 1,009.50 | 1,009.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,781.93 | 27,560.49 | 27,560.49 | 2,869.50 |
| **TOTAL DISBURSEMENTS** | $ 98,187.93 | $ 28,569.99 | $ 28,569.99 | $ 3,879.00 |

4) This case was originally filed under chapter 7 on 11/30/2016 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2018          By:/s/Zane L. Zielinski, Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Business Checking - Dutch Girl Photo | 1229-000 | 1,379.00 |
| Photographic Equipment for Dutch Girl Photography | 1229-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,879.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, P.O. Box 9001951 Louisville, KY 40290 | | 9,406.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 9,406.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 969.75 | 969.75 | 969.75 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 9.75 | 9.75 | 9.75 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,009.50 | $ 1,009.50 | $ 1,009.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accelarated Rehab Centers, 625 Enterspise Drive Oak Brook, IL 60523 | | 1,904.26 | NA | NA | 0.00 |
| | Ally Financial, 200 Renaissance Ctr Detroit, MI 48243 | | 9,406.00 | NA | NA | 0.00 |
| | Bankamerica, Po Box 982238 El Paso, TX 79998 | | 6,144.00 | NA | NA | 0.00 |
| | Bk Of Amer, Po Box 982238 El Paso, TX 79998 | | 6,550.00 | NA | NA | 0.00 |
| | Cap1/bstby | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank Usa N, 15000 Capital One Dr Richmond, VA 23238 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi, Po Box 6241 Sioux Falls, SD 57117 | | 5,237.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi, Po Box 6241 Sioux Falls, SD 57117 | | 4,123.00 | NA | NA | 0.00 |
| | Citi, Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/lnbryant, 4590 E Broad St Columbus, OH 43213 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/valctyfr, Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank, 5050 Kingsley Dr Cincinnati, OH 45227 | | 0.00 | NA | NA | 0.00 |
| | Golden Pacific Bank Na | | 18,827.00 | NA | NA | 0.00 |
| | Loyola university Medical Center, PO Box 3021 Milwaukee, WI 53201 | | 3,993.67 | NA | NA | 0.00 |
| | Loyola university Medical Center, PO Box 3021 Milwaukee, WI 53201 | | 200.73 | NA | NA | 0.00 |
| | Loyola University Medical Center, PO Box 3021 Milwaukee, WI 53201 | | 7.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morris Hospital, 150 W High St Morris, IL 60450 | | 22.94 | NA | NA | 0.00 |
| | Morris Hospital, 150 W High St Morris, IL 60450 | | 386.41 | NA | NA | 0.00 |
| | Morris Hospital, 150 W High Street Morris, IL 60450 | | 74.65 | NA | NA | 0.00 |
| | Morris Hospital, 150 W High Street Morris, IL 60450 | | 2,636.19 | NA | NA | 0.00 |
| | Morris Hospital, 150 W High Street Morris, IL 60450 | | 922.54 | NA | NA | 0.00 |
| | Morris Hospital, 150 W High Street Morris, IL 60450 | | 110.07 | NA | NA | 0.00 |
| | Morris Hospital, 150 W High Street Morris, IL 60450 | | 146.42 | NA | NA | 0.00 |
| | State Farm Fncl Svcs F, 3 State Farm Plz Bloomington, IL 61791 | | 0.00 | NA | NA | 0.00 |
| | Syncb/la-z-boy, C/o Po Box 965036 Orlando, FL 32896 | | 750.00 | NA | NA | 0.00 |
| | Syncb/sleep Number, C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target N.b., Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Us Bank, 4325 17th Ave S Fargo, ND 58125 | | 0.00 | NA | NA | 0.00 |
| | Xls, Pob 2461 Harrisburg, PA 17105 | | 0.00 | NA | NA | 0.00 |
| | Xls, Pob 2461 Harrisburg, PA 17105 | | 0.00 | NA | NA | 0.00 |
| | Xls, Pob 2461 Harrisburg, PA 17105 | | 0.00 | NA | NA | 0.00 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 5,445.00 | 5,544.53 | 5,544.53 | 577.28 |
| 1 | Discover Bank | 7100-000 | 9,945.00 | 10,578.29 | 10,578.29 | 1,101.37 |
| 4 | Efs | 7100-000 | 11,654.00 | 10,959.17 | 10,959.17 | 1,141.03 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 296.00 | 478.50 | 478.50 | 49.82 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 88,781.93 | $ 27,560.49 | $ 27,560.49 | $ 2,869.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-37803 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Sarah R Peterson | | | | Date Filed (f) or Converted (c): | 11/30/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/29/2016 |
| For Period Ending: | 01/03/2018 | | | | Claims Bar Date: | 09/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2015 Jeep Wrangler Mileage: 8000 Location: 1223 Liberty Stre | 20,649.00 | 0.00 | | 0.00 | FA |
| 2. Household Furnishings Location: 1223 Liberty Street, Unit 2, | 500.00 | 0.00 | | 0.00 | FA |
| 3. Clothes For One Woman Location: 1223 Liberty Street, Unit 2, | 500.00 | 0.00 | | 0.00 | FA |
| 4. Chase Bank Checking Account Location: 1223 Liberty Street | 266.75 | 0.00 | | 0.00 | FA |
| 5. Refund 2015 Joint Tax Return Location: 1223 Liberty Street, | 752.00 | 0.00 | | 0.00 | FA |
| 6. Chase Business Checking - Dutch Girl Photo (u) | 4,261.18 | 1,379.00 | | 1,379.00 | FA |
| 7. Chase Business Savings - Dutch Girl Photo (u) | 861.92 | 0.00 | | 0.00 | FA |
| 8. Capitol One Savings (u) | 23.18 | 0.00 | | 0.00 | FA |
| 9. Capitol One Savings (u) | 7.38 | 0.00 | | 0.00 | FA |
| 10. Photographic Equipment for Dutch Girl Photography (u) | 3,500.00 | 3,500.00 | | 2,500.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $31,321.41 | $4,879.00 | | $3,879.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order approving settlement entered 10/13/17; The Trustee is preparing the Trustee's final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | This was original lsited as a single account of $1500. It was later amended in the Debtor's amended schedules. |
| RE PROP # | 6 | -- | This asset was added in the Debtor's amended schedules. |
| RE PROP # | 7 | -- | This asset was added in the Debtor's amended schedules. |
| RE PROP # | 8 | -- | This asset was added in the Debtor's amended schedules. |
| RE PROP # | 9 | -- | This asset was added in the Debtor's amended schedules. |
| RE PROP # | 10 | -- | This asset was added in the Debtor's amended schedules. |

Initial Projected Date of Final Report (TFR): 11/30/2017     Current Projected Date of Final Report (TFR): 11/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-37803 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Sarah R Peterson | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1759 |
| | | Checking |
| Taxpayer ID No: XX-XXX3772 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/17 | 10 | Law Offices of Ruben Sanmiguel Payment from the Debtor | Settlement Payment | 1229-000 | $2,000.00 | | $2,000.00 |
| 07/17/17 | | Sarah Peterson 1223 Liberty Street, Unit 2 Morris, IL 60450 | Settlement Payment | | $1,879.00 | | $3,879.00 |
| | | | Gross Receipts $1,879.00 | | | | |
| | 6 | | Chase Business Checking - Dutch Girl Photo $1,379.00 | 1229-000 | | | |
| | 10 | | Photographic Equipment for Dutch Girl Photography $500.00 | 1229-000 | | | |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,869.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,859.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,849.00 |
| 12/15/17 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $979.50 | $2,869.50 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($969.75) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($9.75) | 2200-000 | | | |
| 12/15/17 | 5002 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 10.41 % per court order. | 7100-000 | | $1,101.37 | $1,768.13 |
| 12/15/17 | 5003 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 10.41 % per court order. | 7100-000 | | $49.82 | $1,718.31 |
| | | | Page Subtotals: | | $3,879.00 | $2,160.69 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-37803
Case Name: Sarah R Peterson
Taxpayer ID No: XX-XXX3772
For Period Ending: 01/03/2018

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1759
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/17 | 5004 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 10.41 % per court order. | 7100-000 | | $577.28 | $1,141.03 |
| 12/15/17 | 5005 | Efs<br>American Education Services<br>Po Box 8183<br>Harrisburg, Pa 17105 | Final distribution to claim 4 representing a payment of 10.41 % per court order. | 7100-000 | | $1,141.03 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,879.00 | $3,879.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,879.00 | $3,879.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,879.00 | $3,879.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00 $1,718.31

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1759 - Checking | $3,879.00 | $3,879.00 | $0.00 |
| | $3,879.00 | $3,879.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,879.00 |
| Total Gross Receipts: | $3,879.00 |