UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Mark Joseph Ritter, | ) | Case No. 16 B 24153 |
| | ) | |
| Debtor. | ) | Honorable Judge Pamela S Hollis |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on January 19, 2018 (**Document #52**) is withdrawn.   It is withdrawn because the Document was filed in error.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on January 19, 2018, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on January 19, 2018.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Wade P. Callahan
Arendsancallahan@yahoo.com

Peter N. Metrou
Met.trustee7@att.net

**Parties Served via First Class Mail:**

**Mark Joseph Ritter**
2450 South Kanakee Street
Manhattan, IL   60442